UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JOHN CAMACHO,

                              Plaintiff,                    Index No.:CV09-3439 (ADS)

               -against-                                    **PLAINTIFF'S INITIAL**
                                                            **DISCLOSURE**
TOWN OF SOUTHAMPTON, SOUTHAMPTON POLICE
DEPARTMENT, SGT. JAMES KIERNAN,
PO JOHN DOE 1, PO JOHN DOE 2,

                              Defendants.
-----------------------------------------------------------------------X

        The Plaintiff, JOHN CAMACHO, by his attorney BRIAN J. DAVIS, ESQ., pursuant to

Rule 26(a)(1) of the Initial Conference and Case Management Order, provides the following

disclosures:

        1.      The names and addresses of the persons who Plaintiff intends to call to testify as

witnesses at trial (other than expert witnesses not yet retained or identified) are:

        i.      Brooke Regenbogen - 1346 Milana lane, Wantagh NY, 11793, who was

                present at the time of the incident and has knowledge as to the events that

                occurred on August 10, 2008;

        ii.     Nicole Regenbogen - 1346 Milana Lane, Wantagh NY, 11793, who was

                present at the time of the incident and has knowledge as to the events that

                occurred on August 10, 2008;

        iii.    Mike Procida - 3193 Hickory Street, Wantagh NY, 11793, who was

                present at the time of the incident and has knowledge as to the events that

                occurred on August 10, 2008;

iv.     Colleen Hanley - 3474 Edgerton Road, Wantagh NY, 11793, who was

present at the time of the incident and has knowledge as to the events that

occurred on August 10, 2008.

2.     There is no electronically stored data discoverable from the Plaintiff.

3.     The Plaintiff is claiming the following damages:

a.   Attorneys fees in the sum of $10,000.00;

b.   False arrest, false imprisonment, malicious prosecution, battery, compensatory

and punitive damages in the sum of $250,000.00.

Dated:  Garden City, New York
        December 8, 2009

Respectfully Submitted,
**BRIAN J. DAVIS, P.C.**

By: *Brian J. Davis*
    Brian J. Davis, Esq.
    Attorney for Plaintiff
    400 Garden City Plaza, Suite 450
    Garden City, NY 11530
    516-542-0249

2