```
BEFORE: MICHAEL L. ORENSTEIN            DATE December 9, 2009
UNITED STATES MAGISTRATE JUDGE          TIME ON: 3:00
                                        TIME OFF:_____

DOCKET# 09-3439                         ASSIGNED JUDGE: SPATT

CASE NAME: Camacho v. Town of Southampton
```

CIVIL CONFERENCE

Initial **X**   Status___   Discovery____   Settlement____

Pretrial___   Pre-Motion____

Motion_____

ESR TIME #_____

APPEARANCES:   Plaintiff   _____

               Defendant   _____

Discovery completed by    6/30/10

*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next _____ conference    7/9/10 at 11:00 AM
Pre-Trial Order filed by   _____

               Plaintiff   _____

               Defendant   _____

THE FOLLOWING RULINGS WERE MADE:

Court gives plaintiff priority in depositions unless Town of Southampton provides a real criminal trial date for the criminal trial of plaintiff. Thus, there is no stay of oath discovery!