UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN L. CAMACHO,

                Plaintiff,

- against -

TOWN OF SOUTHAMPTON, TOWN OF SOUTHAMPTON
POLICE DEPARTMENT, SGT. JAMES KIERNAN,
POLICE OFFICER JOHN DOE 1, POLICE OFFICER JOHN
DOE 2,
                Defendants.
------------------------------------------------------------X

Index No.: CV-09 3439

**STIPULATION OF DISCONTINUANCE**

(Spatt, J)
(Orenstein, MJ)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 02 2010 ★
LONG ISLAND OFFICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs or attorneys fees to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Smithtown, New York
       May 28, 2010

_____
DEVITT SPELLMAN BARRETT, LLP
By: Jeltje deJong (JD/4452)
50 Route 111
Smithtown, New York 11787

_____
BRIAN DAVIS, P.C.
By: Brian J. Davis, Esq.
400 Garden City Plaza, Suite 430
Garden City, NY 11030

SO ORDERED:

Case Closed.
6/2/10

_____
ARTHUR D. SPATT
UNITED STATES DISTRICT JUDGE